UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNELL DONALDSON, | ) | No. CV 11-6195 GW (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| KATHLEEN ALLISON, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 26, 2012

_George H. Wu_
GEORGE H. WU
United States District Judge